RELATED DDJ

**FILED**
CLERK, U.S. DISTRICT COURT

MAR 24 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____RS_____ DEPUTY

Darnell Black, SR
FULL NAME

COM\IIITED NAME (ifd1fferent)

LSP-LAC P.O. Box 4430
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Lancaster, CA 93539

PRISON NUMBER (if applicable)

AP 6288

**RECEIVED**
CLERK, U.S. DISTRICT COURT

MAR 23 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MA OSbtJ6i,
1) A r n e H   jq 1.,   5 It

PLAINTIFF.

v.

CHris McFFabren   QA,

DEFENDANT(S).

CASE NUMBER **2:20-CV-02731-RGK-RAO**

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

I.  Have you brought any other lawsuits in a federal court while a prisoner:   Yes   ☐ No

2.  If your answer to "!." is yes, how many? _ _ _ _ _ _ _    _

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:
    Plaintiff _____

    _____

    Defendants _____

    _____

b.  Court _____

    _____

c.  Docket or case number _____

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it
    appealed?  Is it still pending?) _____

f.  Issues raised: _____

    _____

    _____

g.  Approximate date of filing lawsuit: _____

h.  Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint
    occurred? ☑ Yes    ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes    ☐ No

    If your answer is no, explain why not _____

    _____

    _____

3.  Is the grievance procedure completed? ☐ Yes    ☑ No

    If your answer is no, explain why not Know JLR Because Due Process rights
    Violation: 3rd Level Appeal was not available orginal was Purposiy Lost

4.  Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff Darrell Black SR
                                                        (print plaintiff's name)

who presently resides at     Same as above
                            (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

Chris McFfaren        Same as Bove
                     (institution/city where violation occurred)

on (date or dates) 11-4-19 _____, _____, _____.
(Claim I)                        (Claim II)                   (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant    CHRIS MCFFOREN _____ resides or works at
(full name of first defendant)

42011 4th St West #2570 Lancaster, CA 93534
(full address of first defendant)

DA
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

2. Defendant    M. Fordham _____ resides or works at
(full name of first defendant)

CSP-LAC PO BOX 4430 Lancaster, CA 93539
(full address of first defendant)

CCII
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

3. Defendant    Marced Lewis _____ resides or works at
(full name of first defendant)

42011 4th St West #2570 Lancaster, CA 93534
(full address of first defendant)

P.D
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

4.  Defendant   K. Nichols _____ resides or works at
                (full name of first defendant)

        CSP-LAC P O Box 4430  Lancaster CA 93539 _____
        (full address of first defendant)

        Records _____
        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

_____

_____


5.  Defendant   E Tarin _____ resides or works at
                (full name of first defendant)

        CSP-LAC PO Box 4430 Lancaster CA 93539 _____
        (full address of first defendant)

        CCRS _____
        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

6. Defendant JHnton _____ resides or works at
   (full name of first defendant)
   LSPLAC Po Box 4430 Lancaster, CA 93539
   (full address of first defendant)
   Warder
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

7. Defendant JHomas gordon _____ resides or works at
   (full name of first defendant)
   42011 4th .St. west #2570 Lancaster CA 93534
   (full address of first defendant)
   P. D
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

## D. CLAIMS*

<div align="center">CLAIM I</div>

The following civil right has been violated:

FiRst Amendment right

Due process clause

Nominal Damage

compensatory Damages

puntive Damage

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

I request court to release FRom Illegal custody. Im challening the very Fact or duration of Physical imprisonment and the relief i seek is a determination that i Am Entitled to immediate release From that imprisonment. I am attacking the legality or duration of any confinement. I Have been deprive of my liberty interest protected by the Due Process clause. Chris McFaren, Thomas gordon never Help me in good-Faith Since 2015-2018 I Have spoke with him numerous of time He sured me my PROP 47 would get done He continued to mislead me. PROP 47 was done in 2016 VA039282, BA185143. Finally all 2019 He said: would go to court. then 9-18 He said iF i go back i will get more. I said send me. Later He Told my mom to tell me dont go to court i will get more time (So i Just File a Writ of mandate) But Later i Found out he violated my Due process Rights and is oath of court as a D.A. it was not his Job To Deal with me. He did give me a PD 10-15-19 Macéo Lewis Rejected my case, the other 3 official was part of a Appeal plot that violated the due process clause By violating

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

<div align="center">CIVIL RIGHTS COMPLAINT</div>

Case: 2:18cv795  Doc: 44

Darnell  Black Sr CDCAP6288
California State Prison - LAC
PO Box 4430  Attachment
Lancaster, CA 93539

My Right to Appeal to TLR Because the orginal copies was purposly disregarded. Request to find orginal copies disregarded. Officials Action Deprive me of liberty interest protect by the Due Process Clause. ALL officials were at Fault and was acting under the color of the Law. Officials Knew of a Substantial risk of serious harm, and disregaraded it by failing to take reasonble measures to abate it. My Release date is 2-8-22 PROP47 Release date is 2-8-20

under penalty of perjury the foregoing is True and correct
Darnell Black Sr 3-10-20

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

400 thousand Dollars

3-10-20

*(Date)*

Darnell Black Sr

*(Signature of Plaintiff)*

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

MAR 06 2020

~~SHERRI R. CARTER~~, EXECUTIVE OFFICER/CLERK OF COURT
BY _____, DEPUTY

PEOPLE OF THE STATE OF
CALIFORNIA,
    Plaintiff

vs.

DARNELL BLACK,
    Defendant

No. MA056966

**ORDER REQUIRING**
**INFORMAL RESPONSE**
**RE: MOTION FOR WRIT**
**OF MANDATE**

The court received the Petition for Writ of Mandate in the above-entitled case on January 15, 2020. In it, Petitioner maintains that certain prior prison term enhancements, previously imposed, should be stricken, based on the fact that those prior felony convictions have been reduced, pursuant to Prop 47.

The record establishes that Petitioner's 12 year state prison sentence was calculated as: high term of 5 years on Count 1, plus 1/3 the mid-term of 1 year on Count 2, plus 6 one-year enhancements, pursuant to Penal Code section 667.5(b). Because Judge Harmon did not specify which 6 of the 7 prior prison terms the enhancement applied to, on appeal, Division 2 ordered that "the conviction in case No. VA039282 is vacated and stricken." (B249727.) Upon receiving the remittitur, Judge Harmon ordered "the prior pursuant to 667.5(b) of the Penal Code, case YA034488, is ordered stricken and the 1 year state prison imposed is vacated," reducing the aggregate sentence to 11 years, instead of 12. *[handwritten: did this in done]* *[handwritten: But it was]*

Since Petitioner admitted the 7 prior prison term allegations at sentencing, 3 of the felony convictions which form the basis of the prior prison term have been reduced to misdemeanor convictions, pursuant to prop 47 (Case nos. YA034488 *[handwritten: appeal struck]* (reduced on 11-22- *[handwritten: wrong]* 19); VA039282 *[handwritten: struck 2015]* (reduced on 5-13-19); and BA121915 (reduced on 4-12-16).) Case law is clear that "The intent of Proposition 47 is to reduce punishments that were a result of felony convictions reduced under its provisions. (*People v. Bucks* (2018) 5 Cal.5th 857, 876 [] [Prop. 47 intended to have an "ameliorative effect on any new collateral consequence imposed after a successful Proposition 47 resentencing"].) Interpreting the washout provision to disregard prison terms for reduced convictions honors the intent of the voters in enacting Proposition 47." (*People v. Kelly* 28 Cal.App.5th 886, 892-893; see also *People v. Baldwin* (2018) 30 Cal.5th 648, 655.)

Hence, pursuant to *Bucks, Kelly,* and *Baldwin,* it appears that the prior prison terms alleged from case numbers YA034488, VA039282, and BA121915 should be stricken. However, since the Court of Appeal already struck the prior prison term alleged as to case number VA039282, and the Superior Court struck the prior prison term alleged as to case number YA034488, only case number BA121915 is at issue here.

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| | | FOR STAFF USE ONLY | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.

**WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Black, SR. Darrell | CDC Number: AP6288 | Unit/Cell Number: A4-106 | Assignment: |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): ADA inmates

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): Ralph DIAz already refuse to go oNly, on 7-14-17 I was Label SNy at RJD CTC For Know Reason. Off. GradsTry to send me to Lock up this was a Big Loud issue at RDJ CTC. The problem now

B. Action requested (If you need more space, use Section B of the CDCR 602-A): Single cell

Supporting Documents: Refer to CCR 3084.3.

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____    _____

_____    _____

☐ No, I have not attached any supporting documents. Reason : _____

_____

_____

Inmate/Parolee Signature: Darrell Black Jr    Date Submitted: 2-27-20

☐ By placing my initials in this box, I waive my right to receive an interview.

STAFF USE ONLY

**C. First Level - Staff Use Only**    Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name) Title: _____ Signature: _____ Date completed: _____

Reviewer: _____ (Print Name) Title: _____ Signature: _____

Date received by AC: _____

| AC Use Only |
| Date mailed/delivered to appellant ____ / ____ / ____ |

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date Submitted : _____

**E.  Second Level - Staff Use Only**                    Staff – Check One:  Is CDCR 602-A Attached?   ☐ Yes   ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____   Title: _____   Signature: _____   Date completed : _____
                    (Print Name)

Reviewer: _____   Title: _____   Signature: _____
                 (Print Name)

Date received by AC: _____

| AC Use Only |
| Date mailed/delivered to appellant ____ / ____ / ____ |

**F.  If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date Submitted: _____

**G.  Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)   Date: _____
☐ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
         See attached Third Level response.

| Third Level Use Only |
| Date mailed/delivered to appellant ____ / ____ / ____ |

**H. Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____
_____

_____   Inmate/Parolee Signature: _____   Date: _____
Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Black SR  Darnell | AP6288 Appeal | A4-106 | |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** Is you order a yard
movement Buses came From RJD to CSP-LAC and came
to A yard and around this prison it was inmates in RDT CTC now they say im
SNY, Snitch, the Dont want ME on this yard. and I reported
the issue to all the top Officials to warden. I wrote appeal
to know a VII CCII Fordham cancell and screen out my
Appeal Him and Sgt D. perfer Want to Double Cell me
with the gangster and killer. I Have wrote you a Letter
its becoming a Legal Matter. Officials Have Put inmates
in the cell with me. CCII M. Fordham change status
# Staff complaints to a Lesser Violation ling to protect
Staff for promotion. He did this with Sgt now LT William
I wrote 6 Citizen Complaint on Her He change the
status, CCII M. Fordham stop appeal that you need
To make decision on. (IM ADA)

Inmate/Parolee Signature: Darnell Black, Sr      Date Submitted: 2-27-20

**B. Continuation of CDCR 602, Section B only (Action requested):** _____

Inmate/Parolee Signature: _____       Date Submitted: _____

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

Side 2

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____    Date Submitted: _____

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____    Date Submitted: _____

Office of Appeals

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**

Inmate / Parolee Appeals Tracking System - Level III

03/04/2020

**Appellant Information**

**CDCR Number: AP6288**

**Sorted By: Last Name**

| CDCR Number | Appellant Name | Location | Arrival Date |
|---|---|---|---|
| AP6288 | BLACK, DARNELL | LAC | 08/22/2017 |

**Accepted Appeals**

| IAB Number | Issue | Inst. Log Number | Closed Date | Disposition |
|---|---|---|---|---|
| 1406722 | GRIEVANCE AGST | CHCF-14-01705 | 02/18/2015 | DENIED |
| 1511924 | LIVING CONDITIONS | LAC-16-01036 | 05/25/2016 | CANCELLED |
| 1514115 | FUNDS | LAC-16-01473 | 08/17/2016 | DENIED |
| 1603960 | GRIEVANCE AGST | LAC-16-03502 | 12/07/2016 | DENIED |
| 1706457 | DISCIPLINARY | LAC-17-02099 | 09/11/2017 | DENIED |
| 1803794 | LEGAL | LAC-18-00699 | 06/08/2018 | CANCELLED |
| 1803827 | PROP 57 | LAC-18-00454 | 06/19/2018 | DENIED |
| 1804637 | LIVING CONDITIONS | LAC-17-02290 | 06/25/2018 | DENIED |
| 1805145 | PROPERTY | LAC-17-04289 | 07/13/2018 | DENIED |
| 1806684 | PROGRAM | LAC-18-01029 | 08/17/2018 | DENIED |
| 1806758 | LIVING CONDITIONS | LAC-17-01821 | 11/27/2018 | DENIED |
| 1807416 | LEGAL | LAC-18-02104 | 09/11/2018 | DENIED |
| 1807600 | LEGAL | LAC-18-01831 | 08/22/2018 | DENIED |
| 1809565 | LIVING CONDITIONS | LAC-18-01994 | 09/26/2018 | DENIED |
| 1813150 | LEGAL | LAC-18-04239 | 01/22/2019 | DENIED |
| 1814419 | CUSTODY/CLASS | LAC-18-03505 | 01/16/2019 | DENIED |
| 1817990 | FUNDS | LAC-18-05424 | 02/25/2019 | DENIED |
| 1819033 | CUSTODY/CLASS | LAC-18-05489 | 03/19/2019 | DENIED |

Office of Appeals

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

03/04/2020

Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | |
|---|---|---|---|---|
| 1901853 | LIVING CONDITIONS | LAC-18-06216 | 06/03/2019 | DENIED |
| 1902138 | PROGRAM | LAC-19-00283 | 10/23/2019 | DENIED |
| 1902377 (Group | LIVING CONDITIONS | LAC-19-00374 | 06/07/2019 | DENIED |
| 1903377 | PROGRAM | LAC-19-00694 | 06/21/2019 | DENIED |
| 1903535 | PROPERTY | LAC-19-00463 | 07/09/2019 | DENIED |
| 1903536 | LIVING CONDITIONS | LAC-19-00272 | 07/10/2019 | DENIED |
| 1903663 | LEGAL | LAC-19-01070 | 06/07/2019 | DENIED |
| 1904195 | LIVING CONDITIONS | LAC-19-00229 | 07/16/2019 | DENIED |
| 1905768 | LEGAL | LAC-19-02026 | 08/01/2019 | DENIED |
| 1906622 | PROGRAM | LAC-19-01907 | 08/23/2019 | DENIED |
| 1910701 | LIVING CONDITIONS | LAC-19-02879 | 11/25/2019 | DENIED |
| 2000735 | LEGAL | LAC-19-06431 | | PENDING |

**Screen Outs**

| IAB Number | Issue | Inst. Log Number | Screened Out | Reason |
|---|---|---|---|---|
| 1402635 | GRIEVANCE AGST | CHCF-14-01138 | 09/30/2014 | R07 SUPPORTING DOCUMENTS NOT ATTACHED |
| 1402635 | GRIEVANCE AGST | CHCF-14-01138 | 01/23/2015 | C03 FAILURE TO FOLLOW INSTRUCTIONS |
| 1402635 | GRIEVANCE AGST | CHCF-14-01138 | 11/10/2014 | R07 SUPPORTING DOCUMENTS NOT ATTACHED |
| 1402635 | GRIEVANCE AGST | CHCF-14-01138 | 12/03/2014 | R07 SUPPORTING DOCUMENTS NOT ATTACHED |
| 1406375 | GRIEVANCE AGST | CMC-14-02464 CHCF-14-00843 | 03/04/2015 | A01 REPEATED FILING OF CANCELLED APPEAL |
| 1713265 | GRIEVANCE AGST | LAC-17-01555 | 12/19/2017 | C04 TIME CONSTRAINTS NOT MET |
| 1716236 | DISCIPLINARY | LAC-17-02321 | 03/12/2018 | CDCR 22 FORM RESPONSE |
| 1716236 | DISCIPLINARY | LAC-17-02321 | 01/03/2018 | R10 SUBMIT ORIGINALS IN 12PT. INK |
| 1801554 | LEGAL | OOA-17-13265 | 02/20/2018 | C04 TIME CONSTRAINTS NOT MET |
| 1802278 | LEGAL | LAC-18-00292 | 06/15/2018 | R08 MULTIPLE UNRELATED ISSUES |
| 1803280 | LEGAL | LAC-18-00696 | 04/12/2018 | C11 ISSUE UNDER APPEAL HAS BEEN RESOLVED |
| 1803362 | LEGAL | LAC-18-00834 | 04/13/2018 | R00 OTHER (REJECTED) |
| 1806758 | LIVING CONDITIONS | LAC-17-01821 | 06/13/2018 | R15 NOT AUTHORIZED TO BYPASS ANY LEVEL |

Office of Appeals

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**                                     03/04/2020

Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | |
|---|---|---|---|---|
| 1808378 | LIVING CONDITIONS | LAC-17-02780 | 08/03/2018 | R15 NOT AUTHORIZED TO BYPASS ANY LEVEL |
| 1809087 | LEGAL | | 07/31/2018 | R15 NOT AUTHORIZED TO BYPASS ANY LEVEL |
| 1810459 | WORK INCENTIVE | LAC-18-02982 | 10/10/2018 | R00 OTHER (REJECTED) |
| 1811908 | LEGAL | LAC-18-02507 | 10/16/2018 | R13 APPEAL INCOMPLETE (SIGN, DATE, ETC.) |
| 1902138 | PROGRAM | LAC-19-00283 | 06/17/2019 | REVIEW AMENDED SECOND LEVEL RESPONSE |
| 1909349 | LEGAL | LAC-19-03423 | 08/29/2019 | R01 APPEALING AN ACTION  NOT YET TAKEN |
| 1914565 | LEGAL | LAC-19-04695 | 12/02/2019 | A10 NOT AN APPEAL |
| 1915372 | FUNDS | LAC-19-05396 | 12/20/2019 | R15 NOT AUTHORIZED TO BYPASS ANY LEVEL |

A4-106

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date:     January 29, 2020

To:       Inmate Black, CDCR# AP6288
          Housing Unit A3-118U
          California State Prison-Los Angeles County

Subject:  SECOND LEVEL APPEAL RESPONSE LOG NUMBER-LAC-A-19-05758

ISSUE:
The Appellant is submitting this appeal relative to his dissatisfaction of the First Level Review Response.
The Appellant states that cases VA039282 and BA121915, were part of the total of five prior terms of
Penal Code (PC) 667.5 added to the six year term on the Appellant's current term for case MA056966.
The Appellant further states that those previous cases were reduced to Misdemeanors pursuant to
Proposition 47. The Appellant feels that two out of the five one year priors should be taken off the
current term for case MA056966 changing the Appellant's release date to February 8, 2020, and that
every day over that, the California State Prison-Los Angeles County (CSP-LAC) would have to pay the
Appellant.

The Appellant requests that CSP-LAC contact the courts to have his sentence reduced by removing
two years for the PC 667.5 priors. The Appellant further requests to have the current release date
changed to February 8, 2020.

REGULATIONS: The California Code of Regulations (CCR) Governing this issue are:
        CCR 3084.1 Rights to Appeal
        CCR 3084.3 Supporting Documents
        CCR 3371.1 Computation of Time and Pre-Prison credits

SUMMARY OF INQUIRY:
K. Nichols, Correctional Case Records Supervisor (CCRS) was assigned to review this appeal at the
Second Level of Review.

On January 27, 2020, K. Nichols interviewed the Appellant, in person to provide him with the
opportunity to fully explain the appeal issue and to provide any supporting information. It was during
the interview Case Records reiterated what was on the Inmate/Parolee Appeal. All submitted
documentation and supporting arguments have been considered. The Appellant did not present any
additional documents. However, the Appellant informed the interviewer that approximately a month
ago, he wrote a Writ of Mandate to the Los Angeles County Superior Court at the Michael Antonovich
Antelope Valley Courthouse. A thorough review of the Appellant's claim was completed which includes
the Appellant's interview on the above noted date; which, has been conducted regarding the claim
presented by the Appellant, and evaluated in accordance with CSP-LAC Operational Procedures (OP),
the CCR, and the Department Operations Manual (DOM).

The interview, along with the results of the review, revealed on June 11, 2013, the Appellant was
sentenced on Los Angeles County case MA056966 to a determinate sentence of 12 years for 2 counts
of PC 212.5(c) Robbery 2nd along with 6 separate case enhancements of PC 667.5(b) Prior Prison Term.
The courts granted presentence credits in the amount of 633 days, 16 days of post-sentence credits,

RCVD CSP-LAC RECORDS
'20 FEB 7 PM 1:34

INMATE BLACK, CDCR# AP6288
LAC-A-19-05758
PAGE 2 OF 2

and 2 days vested credits for a total of 651 days of credits, which have all been applied to the release date calculation. The Appellant was delivered to the California Department of Corrections and Rehabilitation (CDCR) on June 28, 2013. The Appellate Court filed a Modified and Amended order dated October 27, 2014. The disposition was that the conviction in case VA039282 is vacated and stricken. In all other respects the judgment is affirmed. That means the term on case MA056966 remained the same as previously imposed. Another Appellate Court decision was received with the filed date of November 24, 2014. The disposition was that the previous order on case VA039282 is affirmed and the case is remanded with directions to determine whether the sentences in cases YA03488 and BA185143 were served separately. If not the trial court must modify Appellant's sentence accordingly. In all other respects, the judgement is affirmed. A Court Remittitur dated March 2, 2015, was filed and it notes that the Opinion dated November 24, 2014, has become final.

A Minute Order dated January 15, 2015, was received on case MA056966, count five that was previously stayed, was reduced to a Misdemeanor pursuant to Proposition 47, PC 1170.18. Another Minute Order dated April 22, 2015, was received. The court ordered the prior pursuant to PC 667.5(b) on case YA034488 is ordered stricken and the one year prior imposed is vacated. This changed the Appellant's total term to 11 years.

It was explained to the Appellant that Case Records utilizes the Legal Processing Unit to contact the courts only if a sentencing error is discovered while auditing a record. In this case, no error was found. As such, Case Records will not contact the court. The Appellant was informed that contact to the court would need to be done by the Appellant. During the interview, the Appellant stated that this was done approximately one month ago and the Appellant is waiting for a response.

DECISION:
Based on the above information the appeal is **PARTIALLY GRANTED** at the Second Level Review. A review of the Appellant's commitment offense, attached documents, and CCR Sections were completed. The Appellant's request to have his release date changed to February 8, 2020, is **DENIED** based on the sentence imposed by court pursuant to the amended legal documents. The current release date of February 8, 2022, is correct. Also, CDCR Case Records will not contact the court because no error has been found in the sentence imposed by the court. Attached as the Appellant's copy is the CDCR-1987U Calculation Worksheet.

The Appellant is advised that this issue may be submitted for a Director's Level of Review if desired.


D. ULSTAD
Chief Deputy Warden
California State Prison-Los Angeles County

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Thursday, December 26, 2019*

*BLACK, AP6288*
*A 004 1106001L*

CASE INFO./RECORDS, Date Calculation, 12/24/2019
Log Number: LAC-A-19-05758
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15,
Section (CCR) 3084.6(b)(9).   Your appeal issue is obscured by pointless verbiage or
voluminous unrelated documentation such that the reviewer cannot be reasonably expected to
identify the issue under appeal.*

*STATE THE REASON WHY YOU ARE DISSATISFFIED WITH THE FLR ON THE CDC
695 FORM OR SECTION D OF THE APPEAL.*

☐  K. Estrada, AGPA
☐  G. Stratman
☐  B. Legier, Staff Complaint LT
☑  M. Fordham, CCII AC
☐  A. Ojeda, CCII AC
Appeals Coordinator
LAC

NOTE: If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

I'm dislatisfied My date Should be 2-8-20 ANYTIME over
That day you GSP-LAC Would Pay me each day

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a
separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Thursday, December 19, 2019*

*BLACK, AP6288*
*A 004 1106001L*

CASE INFO./RECORDS, Date Calculation, 12/12/2019
Log Number: LAC-A-19-05758
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(15).   You have submitted the appeal for processing at an inappropriate level bypassing required lower level(s) of review.*

*A Second Level response is required, and you have written in Section F (dissatisfaction with Second Level response), the appeal is being screened back to you for inappropriately bypassing the SLR.  You are directed to line out or erase the information in Section F, or rewrite the appeal if appropriate, and resubmit the appeal to the IAO.*

☐   K. Estrada, AGPA
☐   G. Stratman
☐   B. Legier, Staff Complaint LT
☐   M. Fordham, CCII AC
☐   A. Ojeda, CCII AC
Appeals Coordinator
LAC

NOTE: If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

WxFy AD peay to TBN days to send my Appeal Back
Thats UNFaiT To my LiFE foBE

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

AY 106

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON-LOS ANGELES COUNTY
FIRST LEVEL RESPONSE

| Appellant's Name & CDCR # | Black-AP6288 |
|---|---|
| Appeal Log # | LAC-A-19-05758 |
| Reviewed By: | D. Valmonte, Correctional Case Records Analyst |
| Appeal Issue: | Case Information/Records |
| Appeal Decision: | Granted in Part |

**APPEAL ISSUE:**

In your appeal, you claim that your 2 cases, VA039282 and BA121915, were part of 5 year priors pursuant to Penal Code (PC) 667.5 (b) that enhanced your 6 years sentence on your current case# MA056966, which brings your total sentence to 11 years. These two cases were resentenced for Proposition 47 (Prop 47) or Misdemeanor and were both discharged. Therefore, the five-year priors should be down to three-year priors. Your release date should be February 2020 and this has nothing to do with the cases as discharged.

**APPEAL REQUEST:**

You request the California Department of Corrections and Rehabilitation (CDCR) to contact the court, as you want your two years reduction for Prop 47. Your release date should be in February 2022. You wanted a court paperwork to say more on Prop 47 as law. On case# MA056966, you want the same prior conviction taken off on January 15, 2015, Prop 47 Hearing, the same action done on cases VA039282 and BA121915.

**APPEAL FINDINGS:**

On Monday, November 25, 2019, D. VALMONTE, Correctional Case Records Analyst (CCRA), reviewed your appeal with attachments, your case factors, and all applicable departmental policies and institutional procedures.

The results of the review revealed that on June 11, 2013, you were sentenced at the Superior Court of Los Angeles County for case# MA056966, for PC 212.5 for Robbery 2nd with a term of six years. Additionally, an enhancement of six years for PC 667.5 (b) for Prior Prison Term were imposed bringing your total sentence to 12 years. On January 15, 2015, a Prop 47 Hearing was held for your current case# MA056966, wherein the ordered Count 5 to be resentenced to a Misdemeanor pursuant to Prop 47. This resentence changed your total enhancement to five years for PC 667.5 (b) reducing your total term to 11 years.

FIRST LEVEL RESPONSE
Appeal Log # LAC-A-19-05758
Page 2

One of your attachments in your appeal included the letter dated October 15, 2019, from your lawyer, Public Defender, Maceo Lewis, a response to your request to reduce your sentence. He specified that he withdrew the motion when Judge Blanchard said she believes that the Judge who initially sentenced you did not address a five-years serious felony prior and one of your one-year prison priors. She implied that, if she were to resentence you that she would likely impose the additional five to six years. Your lawyer asked you if you wish to risk getting an additional five to six years on your current sentence.

You mentioned on this appeal that your release date should be February 2022. Coincidentally, your Earliest Possible Release Date (EPRD) at this time is February 8, 2022.

**APPEAL DECISION:**

Based on the above information, your appeal is **GRANTED IN PART** at the First Level of Review, in that Case Records has reviewed your case and your current release date is February 8, 2022. Your request to have CDCR contact the court on your behalf is denied. You may ask your lawyer to request the court on your behalf to review your case.

If you are dissatisfied with the First Level Response, you may submit for a Second Level Response by completing section D of the Form 602.


_____                    11/25/2019
D. VALMONTE                                 DATE
Correctional Case Records Analyst
California State Prison-Los Angeles County


_____                    12/6/19
T. LEWANDOWSKI                              DATE
Associate Warden
California State Prison-Los Angeles County

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

IAB USE ONLY

| Institution/Parole Region: | Log #: | Category: |
|---|---|---|
| LACA-19-05758 | | |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.

WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Black SR Darnell | AP6288 | A4-106 | |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): RECORDS

A. Explain your issue (If you need more space, use Section A of the CDCR-602-A): these 2 case was part of VA039282, BA125915 5 year 5 years prior Add to my 6 years. the 2 cases number are part of PROP 47 so 2 years should be Reduce of 5.

B. Action requested (If you need more space, use Section B of the CDCR 602-A): Contact the Courts I want my 2yrs Reduction for PROP 47 Date should be Febuary 2022. I want Court paper Work say they want more, 47 is a law prop 47

Supporting Documents: Refer to CCR 3084.3.

☑ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

court record

☐ No, I have not attached any supporting documents. Reason :

Inmate/Parolee Signature: Darnell Black Sr     Date Submitted: 11-4-19

☐ By placing my initials in this box, I waive my right to receive an interview.

C. First Level - Staff Use Only

This appeal has been:     Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: 11/14/19 Date Due: 12-20-19

First Level Responder: Complete a First Level response: include Interviewer's name, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: D. Valmonte  Title: CCIA  Signature: _____ Date completed: 11-26-19
(Print Name)

Reviewer: T. Lewandowski  Title: AW  Signature: _____ 12/6/19
(Print Name)

Date received by AC: DEC 10 2019

AC Use Only
Date mailed/delivered to appellant _____ / _____ / _____

DEC 31 2019
NOV 05 2019
DEC 2019
DEC 10 2019
STAFF USE

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)



DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

(AB USE ONLY  Institution/Parole Region   Log #   Category

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Black SR Darnell | AP6298 | A4-406 | |

A. Continuation of CDCR 602, Section A only (Explain your issue): Years Prior's to 2
year Priors. So My Release date Should be
February 2020. This As nothing to do with
My discharged the 2 case Brian Enhance My
sentence is part of MA056466 These two cases
are PROP47 Reduce My Sentence. 8-18-19 Case
VA039282 in Dept 071 Dist Metropolitan court 8 Am
under Prop47 PC-sec 1170.18 ET SEO was Reduce to a
misdemeanor the one year Prior on this case Should
be token of MA056466. on 4-12-16 case BA121915 central
District Dept 650 3 PM under PROP47 PC-sec 1170.18
was reduce to a misdemeanor the year Prior of this
case Should be token off MA056466. CASE MA056466
reduce a PROP47 case on 1-15-15 8:30 Am and took off
1 year Prior of sentence

Inmate/Parolee Signature: _Darnell Black SR_    Date Submitted: 11-4-19

B. Continuation of CDCR 602, Section B only (Action requested): On MA056466 to I want the same
Prior conviction took off on 1-15-15. N. District Dept A 20 was a
PROP 47 case the same Action Should for case VA039282 case
BA121915

Inmate/Parolee Signature: _Darnell Black SR_    Date Submitted: 11-4-19

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE APPEAL
CDCR 602 (REV. 03/12)

Side 2

D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

I am dissatisfied Any Date she be should date over that Date CSP-LAC County would have to pay me

Inmate/Parolee Signature: _Darnell Black Sr_     Date Submitted: 12-27-19

E. Second Level - Staff Use Only     Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section D of the CDCR 602-A.
☐ Rejected (See attached letter for instruction) Date: _____  Date: DEC 26 2019  Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the Second Level of Review

Assigned to: _BS_     Title: _AN_     Date Assigned: _12-31-19_     Date Due: _2/3/20_

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _1/27/2020_     Interview Location: _Ayud Program_

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _V. Nichols_  (Print Name)   Title: _CCRS_   Signature: _____   Date completed: _1/29/2020_

Reviewer: _D. Clifford_  (Print Name)   Title: _CDzd_   Signature: _____

Date received by AC: FEB 06 2019

AC Use Only
Date mailed/delivered to appellant _____

F. If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: _Darnell Black, Sr_     Date Submitted: _____

G. Third Level - Staff Use Only

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant _____/_____/_____

H. Request to Withdraw Appeal: I request that this appeal be withdrawn from further review because, State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: _____     Date: _____
Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR 602-A (REV. 03/12)

Side 2

D.  Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____          Date Submitted: _____

F.  Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____          Date Submitted: _____

CDC: AP6288                                    Name: BLACK, DARNELL                                    1 of 1

Name: BLACK, DARNELL                           INMATE COPY           CDC #: AP6288   PID #: 11198074

OTCS022A                          # **Sentence Components**         Monday December 19, 2016 12:02:26 PM

(1 - 12 of 12)

| Cmt./Cmp. | Count | Case # | Crime (Statute) | Offense | Time Imposed | Offense Enhancement | | Status | Relationship |
|---|---|---|---|---|---|---|---|---|---|
| AA/001 | 001 | BA074628 | VC2800.2 (a)[02] | Evade or Att to Evade Peace Officer while Driving Recklessly | 1y 4m 0d | 0y 0d | 0m | Discharged (Time Served) | Initial Sentence |
| AB/001 | 001 | BA121915 | PC666 [02] | Petty Theft With Prior | 1y 4m 0d | 0y 0d | 0m | Discharged (Time Served) | Concurrent |
| AC/001 | 001 | VA039282 | PC666 [02] | Petty Theft With Prior | 1y 4m 0d | 0y 0d | 0m | Discharged (Time Served) | Concurrent |
| AD/001 | 003 | YA034488 | PC459 2nd[01] | Burglary 2nd | 3y 0m 0d | 0y 0d | 0m | Discharged (Time Served) | Concurrent |
| AE/001 | 003 | YA034488 | PC459 2nd[01] | Burglary 2nd | 3y 0m 0d | 0y 0d | 0m | Discharged (Time Served) | Concurrent |
| AF/001 | 003 | BA185143 | VC10851 (a)[03] | Vehicle Theft | 2y 0m 0d | 0y 0d | 0m | Discharged (Time Served) | Concurrent |
| BA/001 | 001 | YA064067 | PC350(a) (2)[01] | Manufacture/Sale of Counterfeit Mark/1000+ Articles | 1y 4m 0d | 0y 0d | 0m | Discharged (Time Served) | Initial Sentence |
| BB/001 | 001 | NA073924 | PC653w (b)(1) [01] | Failure to Disclose Origin of Recording/Sale of 100+ Article | 2y 0m 0d | 0y 0d | 0m | Discharged (Time Served) | Concurrent |
| BB/002 | 002 | NA073924 | PC350(a) (2)[01] | Manufacture/Sale of Counterfeit Mark/1000+ Articles | 1y 4m 0d | 0y 0d | 0m | Discharged (Time Served) | Concurrent |
| CA/001 | 001 | MA056966 | PC212.5 (c)[02] | Robbery 2nd | 5y 0m 0d | 0y 0d | 0m | Imposed | Initial Sentence |
| CA/002 | 002 | MA056966 | PC212.5 (c)[02] | Robbery 2nd | 1y 0m 0d | 0y 0d | 0m | Imposed | Consecutive (1/3 Term) |
| CA/003 | 005 | MA056966 | PC459 2nd[01] | Burglary 2nd | 0y 0m 0d | 0y 0d | 0m | Reduced to Misdemeanor per Prop 47 | Concurrent |

CDC: AP6288                          Name: BLACK, DARNELL                          1 of 1



**LAW OFFICES OF THE
LOS ANGELES COUNTY PUBLIC DEFENDER**
42011 4ᵗʰ Street West, Suite 2570
Lancaster, CA 93534
(661) 974-7432

RICARDO GARCIA                                    October 15, 2019

Darnell Black #AP6288
CSP – Los Angeles County
PO Box 8457
Lancaster, CA 93539

Re: *People v. Darnell Black*                    Case No. MA056966

To Darnell Black:

I received your request to reduce your sentence based on the Prop 47 reductions. I
filed a motion in A21 to reduce your sentence in the above case. I had set the motion for
September 12, 2019. On that date, Judge Blanchard indicated that she believes that she has the
power to resentence you under PC 1170.18(k). She also noted that Judge Harmon, when you
were initially sentenced, did not address a 5-year serious felony prior and one of your 1-year
prison priors. She indicated that, if she were to resentence you that she would likely impose the
additional 5 to 6 years. Rather than risk getting you more time than you are currently serving. I
withdrew the motion. I informed your mom about this on September 20, 2019 and she said that
she was going to let you know what happened.

Please contact our office and let us know if you wish to risk getting an additional 5-6
years on your current sentence. According to CDCR, your projected parole eligible date is
February 2022. I have attached minute orders for the two cases where your sentenced was
reduced to misdemeanors – VA039282 and BA121915.

Sincerely,

MACEO LEWIS
Deputy Public Defender
(661) 974-7432 (direct)
(661) 974-7523 (fax)
mlewis2@pubdef.lacounty.gov

"To Enrich Lives Through Effective and Caring Service"

IN THE MUNICIPAL COURT OF METROPOLITAN COURTHOUSE JUDICIAL
DISTRICT,
                    COUNTY OF LOS ANGELES, STATE OF CALIFORNIA
NO. VA039282                                  PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA    VS.      CURRENT DATE 05/16/19
DEFENDANT 01:  DARNELL WAYNE BLACK
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LASD - FIRESTONE STATION

BAIL: APPEARANCE   AMOUNT     DATE     RECEIPT OR   SURETY COMPANY    REGISTER
          DATE    OF BAIL    POSTED    BOND NO.                        NUMBER

CASE FILED ON 09/17/96.
 COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 09/13/96 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
    COUNT 01: 666-484 PC FEL
    COUNT 02: 459 PC FEL
    ALLEGED PRIOR CONVICTION ON COUNT 01 FOR 666 PC ON 04/21/92 IN L.A. COUNTY
      SUPERIOR JUDICIAL DISTRICT UNDER CASE NUMBER 92R08310.
    ALLEGED PRIOR CONVICTION ON COUNT 01 FOR 666 PC ON 03/03/92 IN L.A. COUNTY
      SUPERIOR JUDICIAL DISTRICT UNDER CASE NUMBER 92R01831.
    ALLEGED PRIOR CONVICTION ON COUNT 01 FOR 666 PC ON 10/16/95 IN L.A. COUNTY
      SUPERIOR JUDICIAL DISTRICT UNDER CASE NUMBER BA121915.
    ALLEGED PRIOR CONVICTION ON COUNT 01 FOR 2800.2 VC ON 04/27/93 IN L.A. COUNTY
      SUPERIOR JUDICIAL DISTRICT UNDER CASE NUMBER BA074528.
    ALLEGED PRIOR CONVICTION ON COUNT 01 FOR 666 PC ON 10/16/95 IN L.A. COUNTY
      SUPERIOR JUDICIAL DISTRICT UNDER CASE NUMBER BA121915.
    ALLEGED PRIOR CONVICTION ON COUNT 02 FOR 459 PC ON 09/08/87 IN TORRANCE
      COURTHOUSE JUDICIAL DISTRICT UNDER CASE NUMBER 87M08119.
NEXT SCHEDULED EVENT:
  09/17/96   830 AM  ARRAIGNMENT   DIST METROPOLITAN COURTHOUSE DIV  069


ON 09/17/96 AT  830 AM  IN METROPOLITAN COURTHOUSE DIV  069

CASE CALLED FOR ARRAIGNMENT
PARTIES: STEPHANIE SAUTNER (JUDGE)  IRENE PUSCHMAN  (CLERK)
                 JOY MOTOYASU  (REP)    K. B. SCHOFIELD-COHN  (DA)
DEFENDANT DEMANDS COUNSEL.
COURT REFERS DEFENDANT TO THE PUBLIC DEFENDER.
PUBLIC DEFENDER APPOINTED.  SUSAN AARONSON - P.D.

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SUSAN AARONSON DEPUTY PUBLIC
DEFENDER
DEFENDANT STATES HIS/HER TRUE NAME AS CHARGED.
A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
DEFENDANT ADVISED THAT IN ANY CASE IN WHICH YOU ARE FURNISHED A LAWYER, EITHER
  THROUGH THE PUBLIC DEFENDER OR PRIVATE COUNSEL APPOINTED BY THE COURT, UPON
  CONCLUSION OF THE CRIMINAL PROCEEDINGS IN THE TRIAL COURT, THE COURT SHALL
  MAKE A DETERMINATION OF YOUR PRESENT ABILITY TO PAY ALL OR A PORTION OF THE
  COST OF COUNSEL.  IF THE COURT DETERMINES THAT YOU HAVE THE PRESENT ABILITY
  TO PAY ALL OR PART OF THE COST, IT SHALL ORDER YOU TO PAY THE SUM TO THE
  COUNTY IN ANY INSTALLMENTS AND MANNER WHICH IT BELIEVES REASONABLE AND
  COMPATIBLE WITH YOUR FINANCIAL ABILITY.  EXECUTION MAY BE ISSUED ON THE ORDER
   IN THE SAME MANNER AS ON A JUDGEMENT IN A CIVIL ACTION;
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
  CONSTITUTIONAL AND STATUTORY RIGHTS.

CASE NO. VA039282                              PAGE NO.    2
DEF NO.  01                                    DATE PRINTED 05/16/19

DEFENDANT WAIVES FURTHER ARRAIGNMENT.
DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:
JURY TRIAL OR COURT TRIAL AND PRELIMINARY HEARING
   CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;
   SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;
   AGAINST SELF-INCRIMINATION;
DEFENDANT ADVISED OF THE FOLLOWING:
   THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENTS OF THE OFFENSE IN THE
   COMPLAINT, AND POSSIBLE DEFENSES TO SUCH CHARGES;
   THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING
   THE MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL
   EFFECTS AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE
   SAME OR SIMILAR OFFENSES;
   THE EFFECTS OF PROBATION;
   IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
   OFFENSE FOR WHICH YOU HAVE BEEN CHARGED MAY HAVE THE CONSEQUENCES OF
   DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
   NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES:

THE COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND
   EXPLICITLY MADE; COUNSEL JOINS IN THE WAIVERS
DEFENDANT PLEADS GUILTY TO COUNT 01, 666-484 PC.
COUNT (01) : DISPOSITION: CONVICTED
COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT
   ACCEPTS PLEA.
   FULL PROBATION REPORT ORDERED.
   PROBATION REFERRAL ISSUED.
BAIL SET AT $70,000.
NEXT SCHEDULED EVENT:
10/10/96   130 PM   PROBATION AND SENTENCE HEARING   DIST METROPOLITAN
COURTHOUSE DIV  069

CUSTODY STATUS: REMANDED TO CUSTODY


ON 10/10/96 AT  130 PM  IN METROPOLITAN COURTHOUSE DIV  069

CASE CALLED FOR PROBATION AND SENTENCE HEARING
PARTIES: STEPHANIE SAUTNER (JUDGE) IRENE PUSCHMAN   (CLERK)
                RHONDA GALYAN  (REP)   DANA M. GARCETTI  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY STEPHEN GALINDO DEPUTY PUBLIC
   DEFENDER
   DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
   WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
   JUDGMENT:
AS TO COUNT  (01):
COURT ORDERS PROBATION DENIED.
   SERVE 16 MONTHS IN ANY STATE PRISON
   COURT SELECTS THE LOW TERM OF 16 MONTHS AS TO COUNT 01.
   DEFENDANT GIVEN TOTAL CREDIT FOR 42 DAYS IN CUSTODY 28 DAYS ACTUAL CUSTODY
   AND 14 DAYS GOOD TIME/WORK TIME
   TEMPORARY COMMITMENT ISSUED.
   SENTENCE TO RUN CONCURRENTLY WITH ANY OTHER TIME.
   DEFENDANT ORDERED FORTHWITH TO STATE PRISON.
   DEFENDANT TO PAY RESTITUTION FINE IN THE SUM OF $200.00 PURSUANT

```
CASE NO. VA039282                              PAGE NO.   3
DEF NO.  01                                    DATE PRINTED 05/16/19
   TO SECTION 1202.4(B) PENAL CODE PAYABLE TO THE RESTITUTION FUND.
   FINGERPRINT CARD EXECUTED AND FILED.
   PROBATION REPORT FILED.
   COPY OF SENTENCE SHEET FORWARDED TO PROBATION DEPARTMENT.
COUNT (01): DISPOSITION: CONVICTED
REMAINING COUNTS DISMISSED.
   COUNT  (02): DISMISSAL IN FURTH OF JUSTICE PER 1385 PC
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
   PROCEEDINGS TERMINATED


ON 10/11/96 AT  230 PM :

   FOR ISSUED ON 10/11/96.


ON 02/28/19 AT  830 AM  IN METROPOLITAN COURTHOUSE DEPT CLK

CASE CALLED FOR APPLICATION PER 1170.18(F) PC
PARTIES: NONE (JUDGE)  NONE  (CLERK)
               NONE      (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   FILED: APPLICATION PURSUANT TO PENAL CODE SECTION 1170.18(F).
NEXT SCHEDULED EVENT:
   04/02/19   830 AM  PROPOSITION 47 APPLICATION HRG  DIST METROPOLITAN
     COURTHOUSE DEPT 071


ON 04/02/19 AT  830 AM  IN METROPOLITAN COURTHOUSE DEPT 071

CASE CALLED FOR PROPOSITION 47 APPLICATION HRG
PARTIES: M. FRIMPONG (JUDGE)  JENNIFER MEDINA  (CLERK)
               JULIE FEDERICO     (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   THE DISTRICT ATTORNEY WAIVES THEIR APPEARANCE AS TO THIS

   HEARING ONLY.

   ON THE PEOPLE'S ORAL MOTION, THE MATTER IS CONTINUED FOR
   HEARING ON THE APPLICATION PURSUANT TO PROPOSITION 47
   ON MAY 2, 2019, AT 8:30 A.M. IN DEPARTMENT 71.

   NOTICE IS GIVEN TO ALL PARTIES.

NEXT SCHEDULED EVENT:
   05/02/19   830 AM  PROPOSITION 47 APPLICATION HRG   DIST METROPOLITAN
     COURTHOUSE DEPT 071


ON 04/30/19 AT  900 AM  IN METROPOLITAN COURTHOUSE DEPT 071

CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES. M. FRIMPONG (JUDGE)  JENNIFER MEDINA  (CLERK)
               STEPHANIE GEORGEANNE      (REP)  NONE  (DDA)
```

CASE NO. VA039282                                   PAGE NO.   4
DEF NO.  01                              DATE PRINTED 05/16/19

DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   THE DISTRICT ATTORNEY'S OFFICE WAIVES THEIR APPEARANCE AS TO
   THIS HEARING ONLY.

   THE COURT DATE OF MAY 2, 2019, IS ADVANCED TO THIS DATE AND
   VACATED.

   ON THE COURTS OWN MOTION, THE MATTER IS CONTINUED FOR HEARING
   ON THE APPLICATION PURSUANT TO PROPOSITION 47 ON
   MAY 10, 2019, AT 8:30 A.M. IN DEPARTMENT 71.

   NOTICE IS GIVEN.

NEXT SCHEDULED EVENT:
   05/10/19  830 AM  PROPOSITION 47 APPLICATION HRG   DIST METROPOLITAN
     COURTHOUSE DEPT 071


ON 05/10/19 AT  830 AM  IN METROPOLITAN COURTHOUSE DEPT 071

CASE CALLED FOR PROPOSITION 47 APPLICATION HRG
PARTIES: NONE (JUDGE)  NONE  (CLERK)
                NONE       (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEPARTMENT 71 IS DARK THIS DATE.

   THE MATTER IS CONTINUED TO MAY 13, 2019, AT 8:30 A.M. IN
   DEPARTMENT 71.

NEXT SCHEDULED EVENT:
   05/13/19  830 AM  PROPOSITION 47 APPLICATION HRG   DIST METROPOLITAN
     COURTHOUSE DEPT 071


ON 05/13/19 AT  830 AM  IN METROPOLITAN COURTHOUSE DEPT 071

CASE CALLED FOR PROPOSITION 47 APPLICATION HRG

PARTIES: M. FRIMPONG (JUDGE)  JENNIFER MEDINA  (CLERK)
                STEPHANIE GEORGEANNE  (REP)  NONE  (DDA)
DEFENDANT IS NOT PRESENT IN COURT, BUT REPRESENTED BY SANDERS SMITH DEPUTY
   PUBLIC DEFENDER
COURT ORDERS COMPLAINT DEEMED AMENDED TO ALLEGE COUNT 01 AS A MISDEMEANOR
   PURSUANT TO PENAL CODE SECTION 1170.18 ET SEQ. AND COUNT SHALL PROCEED AS
   MISDEMEANOR.
   COURT ORDERS AND FINDINGS:
   -THE COURT HAS READ AND CONSIDERED THE DEFENDANT'S APPLICATION
     TO DESIGNATE A FELONY CONVICTION AS A MISDEMEANOR CONVICTION.
     THE COURT FINDS THAT THE DEFENDANT WAS CONVICTED OF COUNT 1, A
     VIOLATION OF 664-484, A FELONY, WHICH HAS NOW BEEN MADE A
     MISDEMEANOR PURSUANT TO PROP. 47, AND DEFENDANT HAS COMPLETED
     HIS/HER SENTENCE. THE COURT FINDS THAT THE DEFENDANT IS
     ELIGIBLE TO HAVE FELONY CONVICTION DESIGNATED A MISDEMEANOR

```
CASE NO. VA039282                           PAGE NO.    5
LLF NO.  01                                 DATE PRINTED 05/16/19
```

CONVICTION. ACCORDINGLY, PURSUANT TO PENAL CODE SECTION
1170.18(G), DEFENDANT'S FELONY CONVICTION IS DESIGNATED A
MISDEMEANOR CONVICTION.
THE DISTRICT ATTORNEY'S OFFICE WAIVES THEIR APPEARANCE AS
TO THIS HEARING ONLY.

WITH NO OBJECTION BY THE PEOPLE, THE APPLICATION PURSUANT TO
PENAL CODE SECTION 1170.18 IS GRANTED.

NEXT SCHEDULED EVENT:
  PROCEEDINGS TERMINATED


ON 05/14/19 AT  300 PM  IN METROPOLITAN COURTHOUSE DEPT CLK

CASE CALLED FOR SUBSEQUENT ADR SUBMITTED
PARTIES: NONE (JUDGE)   NONE (CLERK)

          NONE       (REP)  NONE  (DDA)
DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  MAY 13, 2019 PROCEEDINGS REPORTED.
  .***TCIS ENTRY BY: L. KELLY***
NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED

IN THE SUPERIOR COURT OF CENTRAL DISTRICT JUDICIAL DISTRICT,
COUNTY OF LOS ANGELES, STATE OF CALIFORNIA
NO. BA121918                                                    PAGE NO.   1
THE PEOPLE OF THE STATE OF CALIFORNIA     VS.        CURRENT DATE 03/05/19
DEFENDANT 01: DARNELL BLACK
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LAPD - RAMPART AREA

BAIL: APPEARANCE   AMOUNT      DATE      RECEIPT OR  SURETY COMPANY    REGISTER
       DATE       OF BAIL    POSTED      BOND NO.                      NUMBER

CASE FILED ON 10/16/95.
OFFENSE(S):
    COUNT 01: 666 PC FEL
COMMITTED ON OR ABOUT 10/07/95 IN THE COUNTY OF LOS ANGELES
    ALLEGED PRIOR CONVICTION ON COUNT 01 FOR 666 PC ON 02/28/92 IN L.A. COUNTY
      SUPERIOR JUDICIAL DISTRICT UNDER CASE NUMBER 92R04834.
    ALLEGED PRIOR CONVICTION ON COUNT 01 FOR 666 PC ON 04/18/92 IN L.A. COUNTY
      SUPERIOR JUDICIAL DISTRICT UNDER CASE NUMBER 92R08310.
NEXT SCHEDULED EVENT:
   10/16/95   200 PM  ARRAIGNMENT   DIST CENTRAL DISTRICT DEPT 150


ON 10/16/95 AT  2:00 PM  IN CENTRAL DISTRICT DEPT 150

CASE CALLED FOR ARRAIGNMENT
PARTIES: MICHAEL A TYNAN (JUDGE)  EUNICE ADAMS  (CLERK)
               ANNETTE VAN OLDEN  (REP)     PAUL PFAU .(DDA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY CAROL PETERSON DEPUTY PUBLIC
DEFENDER
DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:
JURY TRIAL OR COURT TRIAL AND PRELIMINARY HEARING
   CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;
   SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;
   AGAINST SELF-INCRIMINATION;
DEFENDANT ADVISED OF THE FOLLOWING:
 THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENT OF THE OFFENSE IN THE
INFORMATION AND POSSIBLE DEFENSES TO SUCH CHARGES;
 THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING
   THE MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL
   EFFECTS AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE
   SAME OR SIMILAR OFFENSES;

 THE EFFECTS OF PROBATION;
 IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
   OFFENSE FOR WHICH YOU HAVE BEEN CHARGED MAY HAVE THE CONSEQUENCES OF
   DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
   NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.
COUNSEL FOR THE DEFENDANT JOINS IN THE WAIVERS AND CONCURS IN THE PLEA.
COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND EXPLICITLY
 MADE;
DEFENDANT PLEADS GUILTY TO COUNT 01, 666 PC.
COUNT (01) : DISPOSITION: CONVICTED
COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT
 ACCEPTS PLEA.
NEXT SCHEDULED EVENT:
   PROBATION AND SENTENCE HEARING
   DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE

CASE NO. BA121915                                    PAGE NO.    2
DEF NO.  01                                          DATE PRINTED 03/05/19

 WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
 JUDGMENT:
AS TO COUNT  (01):
COURT ORDERS PROBATION DENIED.
  SERVE 16 MONTHS IN ANY STATE PRISON
  COURT SELECTS THE LOW TERM OF 16 MONTHS AS TO COUNT 01.
   DEFENDANT GIVEN TOTAL CREDIT FOR 15 DAYS IN CUSTODY 10 DAYS ACTUAL CUSTODY
   AND 5 DAYS GOOD TIME/WORK TIME
  DEFENDANT TO PAY $200 RESTITUTION FINE TO STATE VICTIMS
  RESTITUTION FUND PURSUANT TO SECTION 13967(A) G.C.
  COURT ADVISES DEFENDANT OF HIS APPEAL/PAROLE RIGHTS.
  POST SENTENCING REPORT ORDERED FOR OCT. 30, 1995.
  PROBATION REFERRAL AND MINUTE ORDER FORWARDED TO THE PROBATION
  DEPARTMENT.
  DEFENDANT COMMITTED. SUPERIOR COURT TEMPORARY COMMITMENT ISSUED.
  DEFENDANT'S PRISON TIME IS TO BE CONCURRENT WITH ANY OTHER
  TIME.
COUNT (01): DISPOSITION: CONVICTED

DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
 PROCEEDINGS TERMINATED


ON 03/11/16 AT  830 AM  IN CENTRAL DISTRICT DEPT CLK

CASE CALLED FOR APPLICATION PER 1170.18(F) PC
PARTIES: NONE (JUDGE)  NONE  (CLERK)
              NONE     (REP) NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
 APPLICATION/PETITION FOR RESENTENCING PURSUANT TO PENAL CODE
 SECTION 1170.18(A) AND (F) WAS FILED ON MARCH 10, 2016.

 PROOF OF SERVICE WAS FILED ON MARCH 10, 2016.

 APPLICATION/PETITION, PROOF OF SERVICE AND COURT FILE ARE
 FORWARDED TO DEPARTMENT 50.

 ***TCIS ENTRY BY T. REED***

NEXT SCHEDULED EVENT:
 04/12/16   830 AM  PROPOSITION 47 APPLICATION HRG   DIST CENTRAL DISTRICT
   DEPT 650


ON 04/12/16 AT  830 AM  IN CENTRAL DISTRICT DEPT 650

CASE CALLED FOR PROPOSITION 47 APPLICATION HRG
PARTIES: RAND S. RUBIN (JUDGE)  LORRAINE VALDEZ  (CLERK)
              PATRICIA A. THAETE  (REP)     DENNIS POEY  (DA)
DEFENDANT IS NOT PRESENT IN COURT, BUT REPRESENTED BY M. LESLIE STEARNS DEPUTY
 PUBLIC DEFENDER
 UPON THE COURT'S MOTION INFORMATION AMENDED TO CHANGE COUNT 01 TO READ
  VIOLATION 459.5 PC INSTEAD OF 666 PC.
COURT ORDERS INFORMATION DEEMED AMENDED TO ALLEGE COUNT 01 AS A MISDEMEANOR
  PURSUANT TO PENAL CODE SECTION 1170.18 ET SEQ. AND COUNT SHALL PROCEED AS
  MISDEMEANOR.
  COURT ORDERS AND FINDINGS:

CASE NO. BA121915                          PAGE NO.   3
DEF NO.  01                                DATE PRINTED 03/05/19

 -THE COURT HAS READ AND CONSIDERED THE DEFENDANT'S APPLICATION TO
  DESIGNATE A FELONY CONVICTION AS A MISDEMEANOR CONVICTION.
  THE COURT FINDS THAT THE DEFENDANT WAS CONVICTED OF COUNT 1, A
  VIOLATION OF SECTION 666 OF THE PENAL CODE, A FELONY, WHICH HAS
  NOW BEEN AMENDED TO SECTION 459.5 OF THE PENAL CODE, WHICH HAS
  NOW BEEN MADE A MISDEMEANOR PURSUANT TO PROPOSITION 47, AND
  DEFENDANT HAS COMPLETED HIS/HER SENTENCE.

  THE COURT FINDS THAT THE DEFENDANT IS ELIGIBLE TO HAVE FELONY
  CONVICTION DESIGNATED A MISDEMEANOR CONVICTION.
  ACCORDINGLY, PURSUANT TO PENAL CODE SECTION 1170.18(G),
  DEFENDANT'S FELONY CONVICTION IS DESIGNATED A MISDEMEANOR
  CONVICTION.

 CATHRYN SHIN-LEVINE APPEARING ON BEHALF OF THE PUBLIC DEFENDER'S
 OFFICE FOR TODAY'S PROCEEDINGS.

 THE PEOPLE HAVE NO OBJECTION TO THE GRANTING OF THE APPLICATION

 FOR REDUCTION TO A MISDEMEANOR PURSUANT TO PROPOSITION 47.

 THE COURT GRANTS THE APPLICATION FOR REDUCTION TO A MISDEMEANOR
 PURSUANT TO PROPOSITION 47.

 COUNSEL TO GIVE NOTICE OF RULING TO THE DEFENDANT.

NEXT SCHEDULED EVENT:
 PROCEEDINGS TERMINATED


ON 04/14/16 AT  300 PM  IN CENTRAL DISTRICT DEPT CLK

CASE CALLED FOR SUBSEQUENT ADR SUBMITTED
PARTIES: NONE (JUDGE)  NONE  (CLERK)
               NONE       (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
 APRIL 12, 2016 PROCEEDINGS REPORTED.

 ***TCIS ENTRY BY C. HO***

NEXT SCHEDULED EVENT:
 PROCEEDINGS TERMINATED

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 04/28/15

------------------------------------------------------------------------
CASE NO. MA056966

THE PEOPLE OF THE STATE OF CALIFORNIA
                    VS.
DEFENDANT 01:  DARNELL  BLACK

------------------------------------------------------------------------

INFORMATION FILED ON 08/29/12.

COUNT 01: 211 PC FEL
COUNT 02: 211 PC FEL
COUNT 05: 459 PC FEL

ON 01/15/15 AT  830 AM  IN NORTH DISTRICT DEPT A20

CASE CALLED FOR PROPOSITION 47 HEARING SETTING

PARTIES: CHRISTOPHER G. ESTES (JUDGE)  LUELLA S. YORK  (CLERK)
NONE  (REP)     ROBERT J. SHERWOOD  (DA)

DEFENDANT IS NOT PRESENT IN COURT, BUT REPRESENTED BY DAVID HIZAMI DEPUTY
PUBLIC DEFENDER

 UPON THE COURT'S MOTION INFORMATION AMENDED TO CHANGE COUNT 05 TO READ
VIOLATION 459.5 PC INSTEAD OF 459 PC.

COURT ORDERS INFORMATION DEEMED AMENDED TO ALLEGE COUNT 05 AS A MISDEMEANOR

PURSUANT TO PENAL CODE SECTION 1170.18 ET SEQ. AND COUNT SHALL PROCEED AS
MISDEMEANOR.

COURT ORDERS AND FINDINGS:

-THE COURT FINDS THAT THE DEFENDANT WAS CONVICTED OF COUNT 05 A
 VIOLATION OF PENAL CODE SECTION 459 A FELONY AND IS ELIGIBLE
 AND SUITABLE TO HAVE SAID COUNT REDUCED TO A MISDEMEANOR.
 ACCORDINGLY, THE COURT ORDERS THE DEFENDANT RESENTENCED TO A
 MISDEMEANOR VIOLATION OF PENAL CODE SECTION 459.5 PURSUANT TO
 PROPOSITION 47.

THE DEFENDANT'S PRESENCE IS WAIVED FOR THIS HEARING.

COUNSEL FOR THE PEOPLE ACKNOWLEDGES NOTICE.

THE PEOPLE AND THE DEFENSE STIPULATE THIS COURT HEAR AND
DETERMINE THE PETITION/APPLICATION PURSUANT TO PROPOSITION 47

                                    PROPOSITION 47 HEARING SETTING
                    PAGE NO.  1     HEARING DATE: 01/15/15

CASE NO. MA056966
DEF NO.  01                          DATE PRINTED 04/28/15

FOR RESENTENCING.

THE DEFENSE REQUEST FOR REDUCTION PURSUANT TO PROPOSITION 47 IS

THE DEFENDANT IS CURRENTLY HOUSED IN CALIFORNIA MEN'S COLONY.

THE DEFENDANT'S CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION NUMBER IS AP6288.

NEXT SCHEDULED EVENT:
SENTENCING

AS TO COUNT  (05):

COURT ORDERS PROBATION DENIED.

SERVE 180 DAYS IN LOS ANGELES COUNTY JAIL

THE COURT FINDS EXTRAORDINARY CIRCUMSTANCES AND ANY REMAINING
FINES AND FEES ARE WAIVED.

DEFENDANT IS GRANTED CUSTODY CREDITS OF 633 DAYS PLUS 584
DAYS RECENTLY SERVED FOR A TOTAL OF 1217 DAYS CREDIT.

SENTENCE MAY SERVED IN ANY PENAL INSTITUTION AND IS ORDERED
CONCURRENT WITH COUNTS 1 AND 2.

COUNT (05): DISPOSITION: FOUND GUILTY - CONVICTED BY JURY

CORRECTED 01/15/15

DMV ABSTRACT NOT REQUIRED

NEXT SCHEDULED EVENT:

PROCEEDINGS TERMINATED


04/28/15


I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC MINUTE
ORDER  ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.

SHERRI R. CARTER ,EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT OF LOS
ANGELES, STATE OF CALIFORNIA

BY _____ , DEPUTY
                P. SMITH

                              PROPOSITION 47 HEARING SETTING
         PAGE NO.    2         HEARING DATE: 01/15/15

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 04/28/15

--------------------------------------------------------------------
CASE NO. MA056966

THE PEOPLE OF THE STATE OF CALIFORNIA
                    vs.
DEFENDANT 01:  DARNELL  BLACK

--------------------------------------------------------------------

NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER

IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE. ALL OTHER ORDERS ARE TO
REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.

INFORMATION FILED ON 08/29/12.

COUNT 01: 211 PC FEL
COUNT 02: 211 PC FEL
COUNT 05: 459.5 PC MISD


ON 04/22/15 AT  830 AM  IN NORTH DISTRICT DEPT A16

CASE CALLED FOR FURTHER PROCEEDINGS

PARTIES: ERIC P. HARMON (JUDGE)  GINA ZUCCO  (CLERK)
         RONALD KIM      (REP)  SEZA C. MIKIKIAN  (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY THOMAS GORDON DEPUTY PUBLIC
DEFENDER

THE COURT RECEIVED A REMITTITUR FILED 3-6-15.

THE COURT ORDERS THE PRIOR PURSUANT TO 667.5(B) OF THE PENAL
CODE, CASE YA034488, IS ORDERED STRICKEN AND THE 1 YEAR
STATE PRISON IMPOSED IS VACATED.

TOTAL AGGREGATE SENTENCE IS 11 YEARS.

AN AMENDED ABSTRACT TO BE COMPLETED AND FORWARDED TO THE
DEPARTMENT OF CORRECTIONS.

NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED


                                    FURTHER PROCEEDINGS
              PAGE NO.   1         HEARING DATE: 04/22/15

```
CASE NO. MA056966
DEF NO.  01                              DATE PRINTED 04/28/15

04/28/15


I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC MINUTE
ORDER  ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.

SHERRI R. CARTER ,EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA


BY  _____ , DEPUTY
                    P. SMITH
```

```
                               FURTHER PROCEEDINGS
             PAGE NO.   2        HEARING DATE: 04/22/15
```

AP6288   BLACK, DARNELL          LEGAL STATUS SUMMARY                                   Page 1 of 2

| Inmate Name: BLACK, DARNELL | CDC #: AP6288 | DOB: 10/08/1962 |
|---|---|---|
| Facility: LAC-Facility B (LAC-D) | Housing: B 001 1-130001L | CCRA: Dr.Rayford CCI: C. Smith |
| PC2933 Eligible: No | MCC Eligible: No | PRCS Eligible: No |

You have been committed to the CDCR to serve the following sentences.

**Sentencing Overview**

| Term Start Date: 06/28/2013 | Total Term: 11y 0m 0d | Overall Max Date: 09/15/2022 |
|---|---|---|
| Control Date: 03/12/2022 | Control Date Type: EPRD | |
| Time Served: 1733 days | Time Remaining: 2097 days | As of Date: 06/14/2016 |

**Sentence Structure**

| Cmt. | County | Sentence Date | Total Time Imposed | Status | Status Date |
|---|---|---|---|---|---|
| CA | Los Angeles | 06/11/2013 | 11y 0m 0d | Imposed | 06/11/2013 |

**Case Enhancements for Prior Conviction or Prison Terms (1 - 5 of 5)**

| Case # | Penal Code | Description | Time Imposed | Stayed | Credit Rate |
|---|---|---|---|---|---|
| MA056966 | PC667.5(b)[01] | Prior Prison Term/Non Violent new offense is any felony | 1y 0m 0d | No | 15% Credit |
| MA056966 | PC667.5(b)[01] | Prior Prison Term/Non Violent new offense is any felony | 1y 0m 0d | No | 15% Credit |
| MA056966 | PC667.5(b)[01] | Prior Prison Term/Non Violent new offense is any felony | 1y 0m 0d | No | 15% Credit |
| MA056966 | PC667.5(b)[01] | Prior Prison Term/Non Violent new offense is any felony | 1y 0m 0d | No | 15% Credit |
| MA056966 | PC667.5(b)[01] | Prior Prison Term/Non Violent new offense is any felony | 1y 0m 0d | No | 15% Credit |

**Sentence Components (1 - 3 of 3)**

| Cmp. | Count | County/Case # | Crime (Statute) | Offense | Offense Date | Time Imposed | Relationship to Cmt./Cmp. | Credit Rate | Pre-Snt Credit | Post-Snt Credit | Vested Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 001 | Los Angeles/ MA056966 | PC212.5(c)[02] | Robbery 2nd | 07/30/2012 | 5y 0m 0d | | 15% Credit | 633 | 16 | 2 |
| 002 | 002 | Los Angeles/ MA056966 | PC212.5(c)[02] | Robbery 2nd | 07/30/2012 | 1y 0m 0d | Consecutive (1/3 Term) to CA / 001 | 15% Credit | | | |
| 003 | 005 | Los Angeles/ MA056966 | PC459 2nd[01] | Burglary 2nd | 07/30/2012 | 0y 0m 0d | Concurrent to CA / 001 | PC 2933 Credit | 633 | 16 | 2 |

COMMENTS:
CA PC 2933.1 ARDTS Release Date:03-05-2022 ARDTS Release Type:EPRD CASE CDCNO:AP6288

**Legal Mandates (1 - 3 of 3)**

| Cmt./Cmp. | Mandate Type | Begin Date | Due Date | Status |
|---|---|---|---|---|
| CA-001 | Notification Reqd - Violent Felon (PC3058.6) | | | Required |
| CA-001 | Victim Notification Requested (PC3058.8) | 06/28/2013 | | Required |
| CA-002 | Notification Reqd - Violent Felon (PC3058.6) | 06/28/2013 | | Required |

**Dead Time**

| Began | Ended | Days | Type |
|---|---|---|---|
| | | No Rows Found | |

**CDCR Credits Received/Lost (1 - 23 of 23)**

| Entry Date | Effective Date | Type | Work Group | Duration (days) | Recd/Lost Days | Reason | Status | Qualifier |
|---|---|---|---|---|---|---|---|---|
| 06/14/2016 | 03/19/2015 | Work Group Change (done by Cls.) | A1 - Full Time Assignment | 453 | | Classification Action | Applied | |
| 12/18/2015 | 03/19/2015 | Work Group Change (done by Cls.) | A1 - Full Time Assignment | 428 | | Classification Action | Void | |
| 10/27/2015 | 03/19/2015 | Work Group Change (done by Cls.) | A1 - Full Time Assignment | 260 | | Classification Action | Void | |
| 06/02/2015 | 03/19/2015 | Work Group Change (done by Cls.) | A1 - Full Time Assignment | 75 | | Classification Action | Void | |
| 05/22/2015 | 03/19/2015 | Work Group Change (done by Cls.) | A1 - Full Time Assignment | 64 | | Classification Action | Void | |
| 05/04/2015 | 05/04/2015 | Work Group Change (Generated by IAO) | U - Unclassified | 17 | | External Movement | Void | |
| 03/19/2015 | 03/19/2015 | Work Group Change (Generated by IAO) | A1 - Full Time Assignment | 36 | | Inmate Assignment | Void | |
| 01/30/2015 | 09/09/2014 | Work Group Change (done by Cls.) | A2 - Waiting List for Assignment | 191 | | Classification Action | Applied | |

CDC: AP6288                          Name: BLACK, DARNELL                              1 o...

ame: BLACK, DARNELL                                                   CDC #: AP6288   PID #: 1119807...

TCS022A                    **Sentence Components**              Wednesday August 31, 2016 11:56:54 A...

(1 - 12 of 12)

| Cmt./Cmp. | Count | Case # | Crime (Statute) | Offense | Time Imposed | Offense Enhancement | Status | Relationship |
|---|---|---|---|---|---|---|---|---|
| AA/001 | 001 | BA074628 | VC2800.2 (a)[02] | Evade or Att to Evade Peace Officer while Driving Recklessly | 1y 4m 0d | 0y 0m 0d | Discharged (Time Served) | Initial Sentence |
| AB/001 | 001 | BA121915 | PC666 [02] | Petty Theft With Prior | 1y 4m 0d | 0y 0m 0d | Discharged (Time Served) | Concurrent |
| AC/001 | 001 | VA039282 | PC666 [02] | Petty Theft With Prior | 1y 4m 0d | 0y 0m 0d | Discharged (Time Served) | Concurrent |
| AD/001 | 003 | YA034488 | PC459 2nd[01] | Burglary 2nd | 3y 0m 0d | 0y 0m 0d | Discharged (Time Served) | Concurrent |
| AE/001 | 003 | YA034488 | PC459 2nd[01] | Burglary 2nd | 3y 0m 0d | 0y 0m 0d | Discharged (Time Served) | Concurrent |
| AF/001 | 003 | BA185143 | VC10851 (a)[03] | Vehicle Theft | 2y 0m 0d | 0y 0m 0d | Discharged (Time Served) | Concurrent |
| BA/001 | 001 | YA064067 | PC350(a) (2)[01] | Manufacture/Sale of Counterfeit Mark/1000+ Articles | 1y 4m 0d | 0y 0m 0d | Discharged (Time Served) | Initial Sentence |
| BB/001 | 001 | NA073924 | PC653w (b)(1) [01] | Failure to Disclose Origin of Recording/Sale of 100+ Article | 2y 0m 0d | 0y 0m 0d | Discharged (Time Served) | Concurrent |
| BB/002 | 002 | NA073924 | PC350(a) (2)[01] | Manufacture/Sale of Counterfeit Mark/1000+ Articles | 1y 4m 0d | 0y 0m 0d | Discharged (Time Served) | Concurrent |
| CA/001 | 001 | MA056966 | PC212.5 (c)[02] | Robbery 2nd | 5y 0m 0d | 0y 0m 0d | Imposed | Initial Sentence |
| CA/002 | 002 | MA056966 | PC212.5 (c)[02] | Robbery 2nd | 1y 0m 0d | 0y 0m 0d | Imposed | Consecutive (1/3 Term) |
| CA/003 | 005 | MA056966 | PC459 2nd[01] | Burglary 2nd | 0y 0m 0d | 0y 0m 0d | Reduced to Misdemeanor per Prop 47 | Concurrent |

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**SECTION A: INMATE/PAROLEE REQUEST**

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Black SR | Darnell | AA6288 | D. Black Sr |
| HOUSING/BED NUMBER: A1-10 6 | ASSIGNMENT: | HOURS FROM ____ TO ____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Record analysis |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: PROP 47 Redution minute order

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO: Record analysis DATE MAILED:
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| R. Cook | 10-22-19 | [signature] | NO (circled) |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| | | |

**SECTION B: STAFF RESPONSE**

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| L Vazquez | 10-28-19 | LVazquez | 10-28-19 |

The attached minute orders pertain to cases BA121915 and VA039282 that are discharged as you paroled on those cases. Case Records does not need copies of these minute orders.

**SECTION C: REQUEST FOR SUPERVISOR REVIEW**

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Sentence [illegible] I Had Five Priors [illegible] 22 By the court PROP 47 this case VA039282 and BA121915 - 97 mo 8119

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Darnell Black Sr | 10-29-19 |

**SECTION D: SUPERVISOR'S REVIEW**

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| [signature] | 10/31/19 | [signature] | 10/31/19 |

Please know the cases you reference you have already served and discharged on therefore there is no reduction to take. Your current case must be served as the courts intended. MA056944. You are done with [illegible]

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (PRINT)    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| | DATIVEK | | |
| HOUSING/BED NUMBER. | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.) |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO:_____ DATE MAILED:_____
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)    YES    NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)    IN PERSON    BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY

| SIGNATURE: | | DATE SUBMITTED: | |
|---|---|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Return to Inmate/Parolee: Canary - Inmate/... 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)  (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Black SR | Darnell | AP 6288 | Darrell Black Sr |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| AP 6288 | | | APPEAL |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

On 11-4-19 Im Sending a APPEAL About PRSP42 with court paperwork my Appeals been coming missing

**METHOD OF DELIVERY (CHECK APPROPRIATE BOX) ** NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
DATE MAILED: 11/3/19

☐ SENT THROUGH MAIL: ADDRESSED TO: ___ APP-24
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES   NO |
|---|---|---|---|
| S. Rodriguez | 11/3/19 | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON    BY U.S. MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution:
Original - Inmate/Parolee's 2nd Copy: Pink - Staff Members Copy, Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

### SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):  (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| BLACK | DARNELL | AF 6208 | D. Black Sr |
| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ____ TO ____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
| BL A7-10b | | | Record Analysis |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I sent app of my prior Felony Sentence reduction on 12-1-19 from Torrance court case number YA034488

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO: _____ Analysis _____   DATE MAILED: 12-12-19

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: 12/12/19 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: Records | DATE DELIVERED/MAILED: 12/12/19 | | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |

### SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

### SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

### SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Buck SR | Dorney | AP6208 | D Heart Sr |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM _____ TO _____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A4-106 | CIK | | Records man |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: NEW REVISED PROP 57 9-1-19

inmates that Have penal Code 667 & 667.5(b) is nonviolent
ineligible 667.5(c) Send a copy prop 57 parole consideration

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
DATE MAILED: __/__/__

☐ SENT THROUGH MAIL:  ADDRESSED TO: Records manager

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES   NO |
|---|---|---|---|
| Rodriguez | 1/1/20 | | |

| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |
|---|---|---|---|
| | | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | | DATE SUBMITTED: | |
|---|---|---|---|
| | | | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR-0022 (10-09)

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Black SR | Darrell | AH6288 | Darrell Black Sr |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A4-106 | | | M. Fordham cc II A |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I Think You trying to Protect
Sgt william on Appeal 19-02819 she try to put me in lock up and
give me a charge I need Name's of the Hiring Authority with
there decision

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO:  M. Fordham cc II A        DATE MAILED: 6 /3 /19

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)    YES    NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON    BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Black SR DArnell | | AP 6288 | D Black Sr |
| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
| A4 /06 | | | TLR |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Do you Have Appeal LAC-A-19-05758
SLR States' it was sent to me 2-6-20 Im Trying to get copies if you
dont Have Appeal can I still Send the apres. ccil M Fordham said it was
sent

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
☐ SENT THROUGH MAIL: ADDRESSED TO: TLR     DATE MAILED: 2 /26 /20
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Black sr | Darnell | AP1245 | C. Black sr |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM _____ TO _____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A4-181 | | | Warden Johnson |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

RAOs Records or Appeal Have Lost Appeal Case Info/ LAC A-19-05758 Due Date 2-12-21 wrote again to records and appeal coll M. Fordham Fordham Have Cancel or been on his on Appeal against him The Lost Appeal is about my Prop 47 Release IM (ADA) Violating My Right to Appeal

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL: ADDRESSED TO: Warden Johnson    DATE MAILED: 2 /26/20

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| Cody | 2/2-/20 | | (CIRCLE ONE) YES NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| | | (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Black JR | Darnel | AB6248 | Darnell Black Sr |
| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
| A 4-106 | | | CCI M ford ham |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: You are Try To put me on appeal restriction be the appeal is against you Ralph Diaz need's to make the decision on the 2 appeal if not I will XXI them to him the white inmate say the know us you deputy here special or toilet/bite you are picking that _____ out the fact _____ because she wait

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☐ SENT THROUGH MAIL: ADDRESSED TO: _____    DATE MAILED: __/__/__
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original ...

... Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Black    SR | Darnell | AP6288 | Darnell Black Sr |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| #4-106 | | HOURS FROM_____TO_____ | Record Analysis |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

this is the 3rd PROP 47 reduction
my release date should be 2-8-19 I am Be3Held
unlawfurly prohibite confinement I got a Apped aLSO

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☐ SENT THROUGH MAIL:  ADDRESSED TO:     Record Analysis          DATE MAILED: 12-4-19
☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF?  (CIRCLE ONE)    YES      NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY:  (CIRCLE ONE)   IN PERSON    BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| C. Arit | 12/19/19 | C. Aret | 12/19/19 |

This issue is being addressed in Appeal log# M-06235.

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Appeal Due Date was 2-13-20 LAC-A-19-05758
you was was are violating my Due process to go home
it was a 18day return on my last time

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Darnell Black Sr | 2-28-20 |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| E Tarin CCRS | 2/28/2020 | Tarin | 2/28/2020 |

Your appeal Log# LAC-A-19-05758 has already been
addressed and Partially Granted at the Second Level
dated January 29, 2020. If you did not get a copy
of this please request one from Appeals office.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Black SR | Darre-H | AP6288 | D. Black Sr |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A4-106 | | | Warden Johnson |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW.

LT Martinez I gave PEREZ Sgt a Appeal that make him furious. He Let me in the office start talking very very Loud Later inmates said that room Not sound proof this is a Legal matter this switch thing never will die Down you staff causing more harm then good why I have not got side Let yet. I put you on notice even M. Fordham in the Loop DUE PROCESS CLAUSE - Liberty interest violation He reject the Appeal against him

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☒ SENT THROUGH MAIL: ADDRESSED TO: Warden Johnson    DATE MAILED 3 /12 /20

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Page 2 of 3
Addendum to DOM Supplement

Within 24-48 hours after receipt of the inmate's trust account statement, library staff will call the inmate to their respective facility library and instruct them to bring their initial complaint. Library staff will stamp the face page of the complaint with the Court provided stamp denoting: (1) the date received, (2) date of scan, (3) the scanner's initials, and (4) number of pages being scanned. The information will be documented on the scanning program log, which will be submitted to the Senior Librarian on a monthly basis. Library staff will complete the scanning process via the library scanner, and then return the documents to the inmate upon completion of the scan.

When an inmate wishes to file a subsequent document for a CIVIL RIGHTS ACT, 42 U.S.C. § 1983 complaint filed on or after January 1, 2018, to the USDC, Central District of California, they will report to their respective facility's library and make the request through library staff for filing via the scanning program. Library staff will stamp the face page of the document with the Court provided stamp denoting: (1) the date received, (2) date of scan, (3) the scanner's initials, and (4) number of pages being scanned. The information will be documented on the scanning program log. Library staff will complete the scanning process via the library scanner, and then return the documents to the inmate upon completion of the scan.

If the respective Facility's library staff is not available, the inmate may choose to use the CDCR 22 form process. The inmate will address the CDCR 22 form to the Education Principal requesting that his CIVIL RIGHTS ACT, 42 U.S.C. § 1983 complaint be processed by the facility library staff for scanning. Upon receipt of the CDCR 22 form, the principle will assign an available library staff member within 48 hours to process the INITIAL CIVIL RIGHTS ACT, 42 U.S.C. § 1983 complaint, as per the previously mentioned procedure.

If the inmate is housed in an Administrative Segregation Unit (ASU) or the Minimum Security Facility (MSF), the inmate will notify the assigned Legal Officer of the request to electronically file an INITIAL CIVIL RIGHTS ACT, 42 U.S.C. § 1983 complaint to the USDC, Central District of California. The assigned Legal Officer will contact library staff and notify them of the INITIAL CIVIL RIGHTS complaint that needs to be picked up for scanning, along with the inmate's name, CDCR number, and housing information by close of business/shift's end the day of receipt.

Upon arrival of library staff into ASU or MSF, the inmate will be escorted into the designated Legal Library holding cell or an alternate available holding cell. Prior to accepting the complaint, library staff will count the number of pages of the entire filing and write the total number of pages on the back of the document in the lower right hand corner with the inmate's signature, along with notating the pertinent information on the scanning log. Library staff will then hand carry the INITIAL CIVIL RIGHTS ACT, 42 U.S.C. § 1983 complaint to their assigned library, wherein, library staff will complete the scanning via the library scanner. The complaint will be returned to the inmate via the assigned library staff within 24-48 hours after the confirmation of the scanning has been received.

Note: For an INITIAL CIVIL RIGHTS ACT, 42 U.S.C. § 1983 complaint, the assigned library staff will notify the Inmate Trust Account Office and acquire the inmate's six-month's certification of funds during the scanning process. The INFORMA PAUPERIS (IFP) or REQUEST FOR SIX MONTH's CERTIFICATION will be scanned with the INITIAL CIVIL RIGHTS ACT, 42 U.S.C. § 1983 complaint within the timeframes discussed above.

When an inmate housed in an Administrative Segregation Unit (ASU) or the Minimum Security Facility (MSF) wishes to file a subsequent document for a CIVIL RIGHTS ACT, 42 U.S.C. § 1983 complaint filed on or after January 1, 2018, to the USDC, Central District of California, they will notify the assigned Legal Officer of the request to electronically file a CIVIL RIGHTS ACT, 42 U.S.C. § 1983 document to the USDC, Central District of California. The assigned Legal Officer will contact library staff and notify them of the CIVIL RIGHTS scanning request that needs to be

State of California                                                                                    Department of Corrections

# Memorandum

**Date** :    May 31, 2018

**To**    :    ALL STAFF

**Subject**:  **ADDENDUM TO DOM SUPPLEMENT 101120**

This addendum is in addition to DOM Supplement 101120, Library and Law Library.

Effective June 1, 2018, the following will be added to DOM Supplement 101120.

# FEDERAL CIVIL RIGHTS ACT, 42 U.S.C. § 1983 filings addressed to the United States District Court, Central District of California

Under the direction of the United States District Court (USDC), Central District of California, General Order 18-02, all Civil Rights Complaints under 42 U.S.C. § 1983, and subsequently filed documents in cases where the initial Complaint was electronically filed on or after January 1, 2018, are required to be electronically filed through the Court's Inmate Complaint Scanning Program. This process is only for Federal Civil Rights Act, 42 U.S.C. § 1983 lawsuits addressed to the USDC, Central District of California. All other correspondence with the courts shall be processed through regular institutional legal mail procedures.

The electronic filing will be completed in the inmate's respective facility library where they are housed (Facility A, B, C, and D Libraries). The following paragraphs outline the California State Prison – Los Angeles County's (CSP-LAC) process for filing FEDERAL CIVIL RIGHTS ACT, 42 U.S.C. § 1983 complaints and subsequent documents for Initial complaints filed on or after January 1, 2018, in the USDC, Central District of California.

When an inmate wishes to file an INITIAL CIVIL RIGHTS ACT, 42 U.S.C. § 1983 complaint to the USDC, Central District of California, they will report to their respective facility's library and make the request through library staff for filing via the scanning program. Prior to accepting the physical complaint, library staff will notate the date the inmate presented the complaint on a scanning program log.

Note: Library staff will notify the Inmate Trust Account Office and acquire the inmate's six-month certification of funds for the scanning program process. The INFORMA PAUPERIS (IFP) or REQUEST FOR SIX MONTH CERTIFICATION will be scanned with the INITIAL CIVIL RIGHTS ACT, 42 U.S.C. § 1983 complaint. The Inmate Trust Account Office will provide the requested certificate within 48 hours of the request (except during payroll period, when the trust office will have five (5) business days).



Darrell Black Sr
Ap 6200- A4-106
CSP-LAC PO. Box 4430
Lancaster, CA 93539

LEgaL

$003.20⁹

United States District court
central District of Calif
Office of the clerk
255 E. Temple St Rm 180
L.A, CA 90012

